United States District Court
Southern District of Texas
FILED

MAR 07 2012 EH

David J. Bradley, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. L-10-686 |
| | * | CIVIL ACTION NO. L-11-144 |
| ROBERTO REYNA AGUILAR | * | |

# ORDER

This Defendant has filed a §2255 motion, attacking his 2010 conviction for possession with intent to distribute cocaine. Most of the allegations in the motion are clearly without merit and some are outright nonsense. However, it appears that an evidentiary hearing is required, at least on the issue of whether Defendant requested his attorney to file a direct appeal. It is now ORDERED that the United States Marshal is DIRECTED to secure the presence of this Defendant, who apparently is currently housed at FCI Big Spring, Texas. Once the Defendant is in the Laredo Division, he shall be taken before a magistrate judge to obtain appointment of an attorney, unless the Defendant desires to secure his own attorney. The United States Attorney's Office and Defendant's new attorney shall then confer and advise the Court when they are prepared for a hearing.

DONE at Laredo, Texas, this 6th day of March, 2012.

_____
Senior United States District Judge